**United States Bankruptcy Court**
**for the Eastern District of Virginia**
__Alexandria__   Division

IN RE: Young Sil Koh                          Case No.  22-10856-BFK

                    Debtor(s)          Adv. Pro No.

                                        Chapter    13

**TRANSMITTAL OF REPORT AND RECOMMENDATION**
**TO THE U. S. DISTRICT COURT**

The parties included in the Report and Recommendation to the District Court:

PARTY:          Young Sil Koh

ATTORNEY:       Pro Se

                6204 Otter Run Rd., Clifton VA 20124


PARTY:

ATTORNEY:



Date of Report and Recommendation:  07/28/2022

Date of Order on Report and Recommendation (if applicable):

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

__✔__  Report and Recommendation

_____  Order on Report and Recommendation (if applicable)

__✔__  Copy of Bankruptcy Docket Sheet

_____  Copy of Adversary Proceeding Docket Sheet (if applicable)

__✔__  Other Pertinent Record:  Certification to the U. S. District Court for Criminal
Contempt. (Docket Entry No. 20)

                              William C. Redden, Clerk of Court
                          By: /s/ Jillinda Glenn
                                    Deputy Clerk
Date transmitted:  August 23, 2022      Telephone No:  703-258-1250

---------------------------------------------------------------------------------------------------------

U. S. DISTRICT COURT CASE NUMBER:  _____
DATE: _____   BY: _____

**PLEASE RETURN COPY UPON COMPLETION**
cc: Attorney for Debtor
     Plaintiff/Defendant